Bankruptcy No. 13-13109-SR         Adversary No. 13-00343-SR

**CERTIFICATE OF SERVICE**

I, Michael W. Gallagher, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on June 14, 2013(date)  by:

(X) Mail service: Regular, first class United States mail, postage pre-paid, **and** certified U.S. Mail, postage pre-paid, in accordance with Fed.R.Bankr.P. 7004(h), addressed to:

| | |
|---|---|
| Brian T. Moynihan, President | David C. Darnell, President |
| Bank of America | BAC Home Loans Servicing |
| 100 N. Tryon St. | 450 American Street |
| Charlotte, NC 28255 | Simi Valley, CA 93065 |

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at

( ) Residence Service: By leaving the process with the following adult at

( ) Publication: The defendant was served as follows: [Describe briefly]

( ) State Law: The Defendant was served pursuant to the laws of the State of (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.


 6/17/2013                                /s/ Michael W. Gallagher
Date                                      Signature


Print Name                                Michael W. Gallagher

Business Address                          1000 Germantown Pike, Suite A-1

City, State, Zip                          Plymouth Meeting, PA 19462